## SECOND DISTRICT.

Elmer E. Nystrom, appellee, v. Chicago, St. Louis Transfer Company, appellant. Gen. No. 9,318.

Heard in this court at the May term, 1938. Opinion filed September 15, 1938. Rehearing denied November 14, 1938.

Clarence W. Heyl, for appellant. Cassidy & Knoblock, for appellee; John E. Cassidy and John F. Sloan, Jr., of counsel.

Mr. Justice Wolfe delivered the opinion of the court.